Richard L. Grant, OSB #83213
1205 N.W. 25th Avenue
Portland, OR 97210-2497
Telephone: (503) 222-7343
Facsimile: (503) 226-3131
E-mail: rgrant@rsblaw.net

FILED'05 JUN 09 12:41 USDC-ORP

Attorney for Defendant Dean Kirkland

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>DEAN KIRKLAND, GARY KIRKLAND, and ROBERT LEGINO,<br>Defendants. | ) | No. CR 02-350-BR<br><br>ORDER VACATING WRIT OF HABEAS CORPUS AD TESTIFICANDUM |

This matter having come on before the court upon motion of Richard L. Grant, attorney for defendant Dean Kirkland, for an Order vacating the previous Writ of Habeas Corpus Ad Testificandum signed by the court on May 26, 2005; now, therefore,

IT IS HEREBY ORDERED that the previous Writ of Habeas Corpus Ad Testificandum directing the Warden of the Sheridan Federal Correctional Institution to deliver the body of above-named defendant, Dean Kirkland, a prisoner in his custody, to the U.S. Marshal for the District of Oregon, or his duly authorized Deputy, to produce said prisoner to the Multnomah County Sheriff to be transported to the Multnomah County Courthouse, 1021 S.W. 4th Avenue, Courtroom No. 538, Portland, Oregon on Monday, June 13, 2005 at 9:00 a.m. for the purpose providing testimony at trial



**RICHARD L. GRANT**
Attorney at Law
1205 N.W. 25th Avenue
Portland, OR 97210-2497
(503) 222-7343

is vacated.

IT IS FURTHER ORDERED that the U.S. Marshal, or his duly authorized Deputy, shall not deliver said prisoner to the Multnomah County Courthouse and shall not transport him from his current incarceration.

DATED this 8 day of June, 2005.

Honorable Anna J. Brown
U.S. DISTRICT JUDGE

Submitted by:

Richard L. Grant, OSB #83213
Attorney for Defendant Dean Kirkland



**RICHARD L. GRANT**
Attorney at Law
1205 N.W. 25th Avenue
Portland, OR 97210-2497
(503) 222-7343

**CERTIFICATE OF SERVICE**

I hereby certify that on June 8, 2005, I served the foregoing ORDER VACATING WRIT OF HABEAS CORPUS AD TESTIFICANDUM on the following attorneys by faxing and mailing to them a true copy thereof at the fax numbers and addresses below, each contained in a sealed envelope, with postage prepaid, and deposited in the United States Post Office at Portland, Oregon:

(503) 224-0155
John F. Neupert
Miller Nash, LLP
3400 U.S. Bancorp Tower
111 S.W. 5th Avenue
Portland, OR 97204-3699

(503) 297-4790
Karl I. Mullen
Suite 100
8225 S.W. Fairway Drive
Portland, OR 97225

Richard L. Grant
Richard L. Grant, OSB #83213
Attorney for Defendant Dean Kirkland



**RICHARD L. GRANT**
Attorney at Law
1205 N.W. 25th Avenue
Portland, OR 97210-2497
(503) 222-7343