UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

UNITED STATES OF AMERICA,

Plaintiff,

v.

DEAN KIRKLAND

Defendant.

Case No. 3:02CR350-001 - BR

ORDER TO TRANSFER FUNDS

The financial audit of this case disclosed that the defendant made a $30.00 overpayment on the ordered criminal debt. A Lexis Nexis search did not yield reliable results. Research avenues for locating the defendant have been exhausted.

Accordingly, the Clerk of Court is hereby ordered to transfer funds of $30.00 from 6855XX to Unclaimed 613300, to be held on behalf of defendant Dean Kirkland.

IT IS SO ORDERED.

DATED 5/28/19.

Anna J. Brown

ANNA J. BROWN
UNITED STATES SENIOR DISTRICT JUDGE